Dismissed and Memorandum Opinion filed November 24, 2004









Dismissed and Memorandum Opinion filed November 24,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01058-CV

____________

 

RICHARD W. McINTOSH, Appellant

 

V.

 

JOE RAYMOND KING, Appellee

 



 

On Appeal from the
152nd District Court

Harris County, Texas

Trial Court Cause No.  01-65305

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 8, 2004.

On November 18, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 24, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.